**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

IN RE:                                                          Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                        Chapter 13
SSN# : XXX-XX-3947
SSN# : XXX-XX-9707

**MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the Court to set the liability of the debtors upon claims in this case as specific individual or joint as denominated in the ownership field below as: J = Joint, H = Male Debtor, W = Female Debtor, D1 = Debtor 1, D2 = Debtor 2

The Trustee recommends that the plan be modified as follows:

| Payee | Trustee Claim # | Clerk Claim # | Owner Ship | Type | Level | Asserted Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| Aidvantage on behalf of | 13 | 29 | D2 | U-Unsecured | 98 | $36,653.12 | PAY OUTSIDE | 9707 |
| American Express | 14 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 6147 |
| Americredit Financial Services Inc | 4 | 15 | D1 | C-Car (910) | 50 | $30,130.86 | $30,130.86 | 5561 |
| Ashley Funding Services LLC | 40 | 17 | J | U-Unsecured | 80 | $79.66 | $79.66 | 3450 |
| Ashley Funding Services LLC | 41 | 18 | J | U-Unsecured | 80 | $16.88 | $16.88 | 3500 |
| Ashley Funding Services LLC | 42 | 19 | J | U-Unsecured | 80 | $93.74 | $93.74 | 2070 |
| Ashley Funding Services LLC | 43 | 20 | J | U-Unsecured | 80 | $34.58 | $34.58 | 0040 |
| Ashley Funding Services LLC | 44 | 21 | J | U-Unsecured | 80 | $24.84 | $24.84 | 3250 |
| Ashley Funding Services LLC | 45 | 22 | J | U-Unsecured | 80 | $34.58 | $34.58 | 0110 |
| Ashley Funding Services LLC | 46 | 23 | J | U-Unsecured | 80 | $10.66 | $10.66 | 0050 |
| Ashley Funding Services LLC | 48 | 25 | J | U-Unsecured | 80 | $14.78 | $14.78 | 0170 |
| Ashley Funding Services LLC | 49 | 26 | J | U-Unsecured | 80 | $34.58 | $34.58 | 0090 |
| Ashley Funding Services LLC | 50 | 27 | J | U-Unsecured | 80 | $24.83 | $24.83 | 4710 |
| Ashley Funding Services LLC | 51 | 28 | J | U-Unsecured | 80 | $25.45 | $25.45 | 1470 |
| Atrium Health | 47 | 24 | D1 | U-Unsecured | 80 | $834.09 | $834.09 | 3947 |
| BECKET & LEE LLP | 39 | 16 | | U-Unsecured | 80 | $0.00 | STOP PAY | 1002 |
| Citibank NA | 16 | 10 | D2 | U-Unsecured | 80 | $704.38 | $704.38 | 1340 |
| Damon Duncan | 1 | | J | B-Base Attorney Fee(s) | 20 | $5,000.00 | $4,005.00 | |
| Damon Duncan | 2 | | | B-Base Attorney Fee(s) | 50 | $0.00 | $0.00 | |
| Damon Duncan | 52 | | J | L-Legal Fees | 50 | $200.00 | $200.00 | 4/24 |
| DFS Services LLC | 17 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 4257 |
| Discover Bank | 18 | 1 | D1 | U-Unsecured | 80 | $7,573.02 | $7,573.02 | 4257 |
| Discover Personal Loan | 34 | 3 | D1 | U-Unsecured | 80 | $16,346.35 | $16,346.35 | 6647 |
| Duke Energy Carolinas, LLC | 19 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2349 |
| Equifax, Inc | 22 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Experian | 23 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Fifth Third Bank | 24 | 6 | D1 | U-Unsecured | 80 | $4,773.15 | $4,773.15 | 7229 |
| Internal Revenue Service | 25 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3947 |
| Internal Revenue Service | 10 | 9 | J | P-Priority | 70 | $14,870.82 | $14,870.82 | 3947 |
| Internal Revenue Service | 37 | 9 | J | U-Unsecured | 80 | $25,118.44 | $25,118.44 | 3947 |
| Invitation Homes | 26 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2649 |
| IREDELL COUNTY TAX COLLECTOR | 11 | | | P-Priority | 70 | $0.00 | NOT FILED | |
| Iredell Health System | 27 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 4592 |
| Navient Solutions LLC on behalf of | 28 | 7 | D1 | U-Unsecured | 80 | $1,083.06 | $1,083.06 | 3947 |
| NC Quick Pass | 29 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 5944 |
| Nelnet - US Department of Education | 30 | | | U-Unsecured | 98 | $0.00 | PAY OUTSIDE | 3947 |
| North Carolina Department of Revenue | 12 | | | P-Priority | 70 | $0.00 | NOT FILED | |
| Novant Health | 33 | 2 | J | U-Unsecured | 80 | $7,705.87 | $7,705.87 | |
| PennyMac Loan Services LLC | 5 | 14 | J | M-Mortgage | 30 | $321,759.80 | CONDUIT | 3697 |

| Payee | Trustee Claim # | Clerk Claim # | Owner Ship | Type | Level | Asserted Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| PennyMac Loan Services LLC | 6 | 14 | J | m-Mortgage Pre-Petition Arrears | 50 | $5,218.54 | $5,218.54 | 3697 |
| PennyMac Loan Services LLC | 7 | 14 | J | q-Mortgage Admin Arrears | 50 | $6,784.98 | $6,784.98 | 3697 |
| Piedmont Natural Gas | 35 | 4 | D2 | U-Unsecured | 80 | $311.29 | $311.29 | 9707 |
| Regions Bank DBA Enerbank USA | 21 | 12 | D1 | U-Unsecured | 80 | $6,469.92 | $6,469.92 | 2820 |
| Resurgent Receivables LLC | 15 | 11 | J | U-Unsecured | 80 | $1,394.87 | $1,394.87 | 8113 |
| TransUnion | 31 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Truist Bank | 38 | 13 | D2 | U-Unsecured | 80 | $737.42 | $737.42 | 1186 |
| U.S. Department of Education | 32 | | | U-Unsecured | 98 | $0.00 | PAY OUTSIDE | 0675 |
| US Attorney | 3 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| US Department of Education/ECSI | 20 | 5 | D1 | U-Unsecured | 98 | $1,241.97 | PAY OUTSIDE | |
| Weather's Creek HOA | 8 | | | S-Secured-Pro-Rata | 50 | $0.00 | NOT FILED | 3947 |
| Wells Fargo | 36 | 8 | J | U-Unsecured | 80 | $2,210.90 | $2,210.90 | 5573 |
| Wyndham Vacation Ownership, Inc. | 9 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3947 |

Dated:  7/17/2025

Steven G. Tate
Chapter 13 Trustee

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ATTACHED\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                      Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                    Chapter 13
SSN# :  XXX-XX-3947
SSN# :  XXX-XX-9707

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 8/28/2025, you or your attorney must do three things:

**1. File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at :**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date: 9/5/2025                          Time:  9:30 AM

Location:        U.S. Courthouse
                 Main Courtroom, First Floor
                 200 West Broad Street
                 Statesville, NC 28677

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated:  7/17/2025                                    Steven G. Tate, Chapter 13 Trustee
                                                     1318 D Davie Avenue
                                                     Statesville, NC  28677-3565
                                                     (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                              Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                           Chapter 13
SSN# : XXX-XX-3947
SSN# : XXX-XX-9707

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 7/18/2025.

A. Owens
Office of the Chapter 13 Trustee

Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville, TX 75403
Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 4450, Portland, OR 97208
American Express, Attn: Officer, 200 Vessey Street, New York, NY 10285
Americredit Financial Services Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096
Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
Atrium Health, PO Box 1123, Minneapolis, MN 55440-1123
BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701
Citibank NA, 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville, KY 40213
Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027
DFS Services LLC, Attn: Officer, 2500 Lake Cook Rd., Riverwoods, IL 60015
Discover Bank, PO Box 3025, New Albany, OH 43054-3025
Discover Personal Loan, PO Box 6105, Carol Stream, IL 60197-6105
DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130
Duke Energy Carolinas, LLC, Attn: Office, 525 S Tryon Street, Charlotte, NC 28202
ECSI Federal Perkins Loan Servicer, PO Box 836, Moon Township, PA 15108
Equifax, Inc, Attn: Bankruptcy Notification, PO Box 740241, Atlanta, GA 30374
Experian, Attn: Bankruptcy Notification, PO Box 9701, Allen, TX 75013
Fifth Third Bank, 1830 East Paris SE MS#RSCB3E, Grand Rapids, MI 49546-6253
Fifth Third Bank, PO Box 9013, Addison, TX 75001
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
Invitation Homes, Attn: Officer, 8601 Dunwoody Place Ste. 520, Atlanta, GA 30350
IREDELL COUNTY TAX COLLECTOR, PO BOX 1027, STATESVILLE, NC 28687-1027
Iredell Health System, Attn: Officer, 557 Brookdale Dr., Statesville, NC 28677
Navient Solutions LLC on behalf of, Ascendium Education Solutions Inc, PO Box 809142, Chicago, IL 60680-9142
Navient Solutions LLC on behalf of, Ascendium Education Solutions Inc, PO Box 8961, Madison, WI 53708-8961
NC Quick Pass, Attn: Officer, 8015 W W T Harris Blvd, Charlotte, NC 28216-1735
Nelnet - US Department of Education, Attn: Officer, 400 Maryland Ave. SW, Washington, DC 20202-0001
North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168
Novant Health, RCS/Whitehall, PO Box 30143, Charlotte, NC 28230-0143
PennyMac Loan Services LLC, c/o Phillip A Hedrick Jr, Bankruptcy Dept, PO Box 2505, Fayetteville, NC 28302
PennyMac Loan Services LLC, PO Box 660929, Dallas, TX 75266-0929
PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020
Piedmont Natural Gas, 4301 Yancey Rd, Bankruptcy 2nd Floor, Charlotte, NC 28217
Regions Bank DBA Enerbank USA, 650 S Main Street Suite 1000, Salt Lake City, UT 84101
Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
Rhonda Nicole Coates, Amy Sheree Madden-Coates, 170 Browband St, Troutman, NC 28166
TransUnion, Attn: Bankruptcy Notification, PO Box 1000, Crum Lynne, PA 19022
Truist Bank, Support Services, PO Box 85092, Richmond, VA 23286
U.S. Department of Education, Attn: Officer, 400 Maryland Ave. SW, Washington, DC 20202
US Attorney, 227 W Trade St Ste 1650, Charlotte, NC 28202
US Department of Education/ECSI, PO Box 6200-31, Portland, OR 97228

Weather's Creek HOA, Attn: Officer, 182 Crosstie Ln., Troutman, NC 28166
Wells Fargo Bank NA, MAC F8235-02F, PO Box 10438, Des Moines, IA 50306-0438
Wells Fargo, 800 S Jordan Creek Parkway, MAC F2303-032, Wes Des Moines, IA 50266
Wyndham Vacation Ownership, Inc., Attn: Officer, 6277 Sea Harbor, Orlando, FL 32821

Total Served: 46

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total: 0