**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                    Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                  Chapter 13
SSN# :  XXX-XX-3947          DEBTORS
SSN# :  XXX-XX-9707

**MOTION OF TRUSTEE TO DISMISS CASE**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, for the following reason(s):

**Plan payments are currently in default.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, granting a moratorium on missed payments, granting a future default provision, allowing for a fee to the debtors' attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated:  12/12/2025                                        Steven G. Tate
                                                         Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                            Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                          Chapter 13
SSN# :  XXX-XX-3947          DEBTORS
SSN# :  XXX-XX-9707

**NOTICE OF PRELIMINARY HEARING**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtors named above, and will bring before the Court a preliminary hearing on the Motion to Dismiss Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 1/18/2026, you or your attorney must file with the Court a written response at the following address:

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party requred to be served by law.

A preliminary hearing will be held at the following time and place:

Date:  1/26/2026                          Time:   3:30 PM

Location:        Chapter 13 Bankruptcy Office
                 1318 D Davie Avenue
                 Statesville, NC  28677-3565

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief. If a response is made and the motion is not resolved by consent at the preliminary hearing, a hearing before the Court will be scheduled.

Dated:  12/12/2025                                    Steven G. Tate, Chapter 13 Trustee
                                                     1318 D Davie Avenue
                                                     Statesville, NC  28677-3565
                                                     (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                      Case No.  24-50191
Rhonda Nicole Coates
Amy Sheree Madden-Coates                                    Chapter 13
SSN# :  XXX-XX-3947          DEBTORS
SSN# :  XXX-XX-9707

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 12/12/2025.

J. Safley
Office of the Chapter 13 Trustee

Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville, TX 75403
Americredit Financial Services Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096
Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027
DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130
ECSI Federal Perkins Loan Servicer, PO Box 836, Moon Township, PA 15108
Equifax, Inc, Attn: Bankruptcy Notification, PO Box 740241, Atlanta, GA 30374
Experian, Attn: Bankruptcy Notification, PO Box 9701, Allen, TX 75013
Fifth Third Bank, PO Box 9013, Addison, TX 75001
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
Navient Solutions LLC on behalf of, Ascendium Education Solutions Inc, PO Box 8961, Madison, WI 53708-8961
PennyMac Loan Services LLC, c/o Phillip A Hedrick Jr, Bankruptcy Dept, PO Box 2505, Fayetteville, NC 28302
PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020
Rhonda Nicole Coates, Amy Sheree Madden-Coates, 170 Browband St, Troutman, NC 28166
TransUnion, Attn: Bankruptcy Notification, PO Box 1000, Crum Lynne, PA 19022
US Attorney, 227 W Trade St Ste 1650, Charlotte, NC 28202
Wells Fargo Bank NA, MAC F8235-02F, PO Box 10438, Des Moines, IA 50306-0438

Total Served:  16