

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 24–50191
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Rhonda Nicole Coates
170 Browband St.
Troutman, NC 28166
Social Security No.: xxx–xx–3947

Amy Sheree Madden–Coates
170 Browband St.
Troutman, NC 28166
Social Security No.: xxx–xx–9707

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 04/26/2026 as document(s) # 42 is defective for the reason(s) marked below:

Incorrect Court Location is listed on the Notice for Statesville.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 27, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (4/27/26)